# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stilson, Charles M. | U.S. Bankruptcy Court Northern District Alabama | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2005 University Blvd, Room 2613
Tuscaloosa, AL 35401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Co-Executor | �state Estate |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self employed sales |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar - Bankruptcy Section | 6/8/11-6/12/11 | Destin, Florida | Seminar | Lodging and food |
| 2. | Cumberland Law School | 9/30/11 | Birmingham, Alabama | Seminar | Meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-Regions Bank (CD) | A | Interest | J | T | | | | | |
| 2. Mutual Fund (Virtus Investment Partners Fund Class A) | | None | J | T | | | | | |
| 3. Mutual Fund (Euro-Pacific America Fund) | | None | | | Sold | 8/29/11 | J | C | |
| 4. Mutual Fund (Washington Mutual Investors Fund) | A | Dividend | | | Sold | 8/29/11 | K | A | |
| 5. Regions Bank (Savings) | A | Interest | K | T | | | | | |
| 6. Blackrock Fundamental Growth Fund | A | Dividend | | | Sold | 9/6/11 | J | A | to #41 |
| 7. Common Stock -Prudential Financial, Inc. | A | Dividend | J | T | Distributed | 8/31/11 | J | | from #27 |
| 8. Common Stock - Prudential Financial, Inc. | A | Dividend | J | T | | | | | |
| 9. American Funds Cap Inc Builder A-Mutual Fund | B | Dividend | | | Sold | 8/29/11 | L | C | |
| 10. American Funds Cap World Gr & Inc A - Mutual Funds | B | Dividend | | | Sold | 8/29/11 | L | B | |
| 11. Wells Fargo Advantage Fund Cap Bld A | A | Dividend | K | T | | | | | |
| 12. American Fund Inv. Co. of America A - Mutual Fund | A | Dividend | | | Sold | 8/29/11 | K | A | |
| 13. Thornburg Value Fund A - Mutual Fund | A | Dividend | K | T | | | | | |
| 14. American Funds Washington Mutual Inv. A- Mutual Fund | A | Dividend | | | Sold | 8/29/11 | K | A | |
| 15. Freddie Mac Bonds : | | | | | | | | | |
| 16. --FHLMC 61D | A | Interest | J | T | | | | | |
| 17. --FHLMC 176H | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regions IRA | A | Interest | K | T | | | | | |
| 19. Regions IRA | A | Interest | J | T | | | | | |
| 20. Regions CD | A | Interest | | | Matured | 9/15/11 | K | B | to #5 |
| 21. Regions CD | B | Interest | L | T | | | | | |
| 22. Regions CD | B | Interest | L | T | | | | | |
| 23. BB & T | A | Interest | | | Matured | 8/23/11 | M | A | to #33 |
| 24. Estate #1 | | None | J | T | | | | | |
| 25. Government Bonds -- | | None | J | T | | | | | |
| 26. Niagra Mohawk | | None | J | T | | | | | |
| 27. Prudential Stock | | None | | | Distributed | 8/31/11 | J | A | Heirs |
| 28. Real Estate | | None | | | Sold | 8/19/11 | K | A | ▓▓▓ |
| 29. Regions IRA CD | A | Interest | | | Matured | 8/26/11 | K | B | to #41 |
| 30. FIA Card Services MM | A | Interest | | | Redeemed | 9/8/11 | J | A | to #41 |
| 31. FIA Card Services MM IRA | A | Interest | | | Redeemed | 8/23/11 | M | A | to #40 |
| 32. FIA Card Services MM | A | Interest | | | Closed | 8/23/11 | J | A | |
| 33. BB & T Int. Checking | A | Interest | M | T | | | | | |
| 34. Capmark Bank IRA CD | A | Interest | K | T | Buy | 8/26/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capmark Bank IRA CD | A | Interest | K | T | Buy | 8/26/11 | K | | |
| 36. Capmark Bank IRA CD | A | Interest | K | T | Buy | 8/26/11 | K | | |
| 37. CIT Bank IRA CD | A | Interest | K | T | Buy | 8/26/11 | K | | |
| 38. Discover Bank IRA CD | A | Interest | L | T | Buy | 9/9/11 | L | | |
| 39. Discover Bank IRA CD | A | Interest | J | T | Buy | 9/9/11 | J | | |
| 40. Ameriprise MM IRA | A | Interest | J | T | Open | 08/25/11 | L | | |
| 41. Ameriprise MM IRA | A | Interest | J | T | Open | 8/29/11 | K | | |
| 42. GE Capital IRA CD | A | Interest | K | T | Buy | 12/29/11 | K | | |
| 43. River Source Life Ins. Annuity IRA | A | Interest | K | T | Buy | 9/19/11 | K | | |
| 44. Oppenheimer Global A Fund | A | Dividend | K | T | Buy | 8/30/11 | K | | |
| 45. John Hancock Fund | | None | J | T | Buy | 8/30/11 | J | | |
| 46. DWS Funds | B | Dividend | J | T | Buy | 8/30/11 | J | | |
| 47. Eaton Inc Fund Boston | B | Dividend | K | T | Buy | 8/30/11 | J | | |
| 48. Eaton Vance Float Rate Advantage | A | Dividend | J | T | Buy | 8/30/11 | J | | |
| 49. Prudential Global | A | Dividend | J | T | Buy | 8/30/11 | J | | |
| 50. Columbia Fund | B | Dividend | K | T | Buy | 8/30/11 | K | | |
| 51. Ishares Midcap 400 Index Fund | A | Dividend | K | T | Buy | 9/1/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameriprise MM | A | Interest | L | T | Open | 8/25/11 | M | | |
| 53. Damascus, VA | | None | M | R | Buy | 10/10/11 | M | | McThemia |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#7, #27 - Stock distributed by estate (#27) to heir (#7)

#25 - Matured government savings bonds were redeemed and distributed 6/3/09 and 11/4/09, but were not reported before; money deposited into #5 on 6/8/09 and 1/12/10 and reflected in its balance on prior reports. Unmatured bonds still held by estate.

#53 - Cost $167,000

| Name of Person Reporting | Date of Report |
|---|---|
| Stilson, Charles M. | 05/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles M. Stilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544